1
2
3
4
5
6

UNITED STATES DISTRICT COURT

7

CENTRAL DISTRICT OF CALIFORNIA

8
9
10

SONY BMG MUSIC
ENTERTAINMENT, et al.,

11

Plaintiffs,

12

vs.

13

MERLENE DEVAUL,

14

Defendant.

15
16

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CASE NO. CV 07-00031 MMM (FFMx)


JUDGMENT FOR PLAINTIFFS

17       On September 30, 2008, the court granted plaintiffs' motion for entry of default judgment.

Accordingly,

18            IT IS ORDERED AND ADJUDGED that

19            1.  That defendant Merlene Devaul is hereby enjoined and restrained from directly

20 or indirectly infringing plaintiffs' rights under federal law in the Copyrighted Recordings and any

21 other copyrighted recording, whether now in existence or later created, that is owned or controlled

22 by plaintiffs ("Plaintiffs' Recordings"), including without limitation by using Internet or any

23 online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to

24 distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings

25 available for distribution to the public, except pursuant to a lawful license or with the express

26 authority of plaintiffs.  Defendant shall also destroy all copies of Plaintiffs' Recordings that

27 defendant has downloaded onto any computer hard drive or server without plaintiffs' authorization

28

and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in defendant's possession, custody, or control.

        2.   That plaintiffs recover statutory damages from defendant in the amount of $6,750; and

        3.   That plaintiffs recover costs of suit, in the amount of $550.00.

DATED: September 30, 2008

                                                 _____
                                               MARGARET M. MORROW
                                    UNITED STATES DISTRICT JUDGE

2